**STATE of Missouri, Respondent,**

v.

**Aaron M. GROVES, Appellant.**

**No. WD 64695.**

Missouri Court of Appeals, Western District.

Jan. 24, 2006.

Mark C. Prugh, Waynesville, MO, for appellant.

Robert J. Seek, Tuscumbia, MO, for respondent.

Before LOWENSTEIN, P.J., BRECKENRIDGE and SPINDEN, JJ.

### *ORDER*

PER CURIAM.

Aaron M. Groves was convicted, after a jury trial, of the traffic offense of failing to drive on the right half of a highway, under section 304.015, RSMo Cum.Supp.2004. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).